## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Start Man Furniture, LLC, et al. | : | Case No.: 20-10553-CTG |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| Alfred T. Giuliano, *in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, et al.* | : | |
| | : | |
| | : | |
| Plaintiff, | : | Adv. Proc. No.: 22-50177-CTG |
| v. | : | |
| | : | |
| Abbyson Living LLC, | : | |
| | : | |
| Defendant. | : | |

## <u>MEDIATOR'S CERTIFICATE OF COMPLETION</u>

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that mediation was resolved in the following manner:

(a)   The following individuals were present:

    (1) Counsel (name and party representing):

        Counsel for Plaintiffs: Jeffrey L. Nolan, Esq.

        Counsel for Defendant: Mark M. Billion, Esq.

(b)   The following parties failed to appear and/or participate as ordered:

    (1) Parties (name and capacity):

(c)   The outcome of the mediation conference was:

    _____    The matter has been completely resolved and counsel (or parties) should file an appropriate stipulation and proposed order within twenty (20) days.

    _____    The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

_____    The following issues remain for this court to resolve:

___X___    The matter has not been resolved and should proceed to trial.

_____    OTHER:


Dated: <u>November 21, 2022</u>                    Mediator

    <u>*/s/ Ian Connor Bifferato*</u>
Ian Connor Bifferato (DE #3273)
The Bifferato Firm P.A.
1007 N. Orange Street, 4th Floor
Wilmington, DE  19801
Tel. (302) 225-7600
E-mail: cbifferato@tbf.legal